1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
JAMES LEE ABBOTT, JR.,                              No.  2:16-cv-1525-EFB

12
                     Petitioner,

13
         v.                                         ORDER

14
JOR LIZARRAGA, et al.,

15
                     Respondents.

16

17
          Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an

18
application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  His application attacks a

19
conviction issued by the Riverside County Superior Court.  While both this court and the United

20
States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v.*

21
*30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary

22
for the resolution of petitioner's application are more readily available in Riverside County.  *Id.* at

23
499 n.15; 28 U.S.C. § 2241(d).

24
          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25
transferred to the United States District Court for the Central District of California.

26
DATED:  July 11, 2016.

27

28
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE