UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE ABBOTT, JR.,<br><br>                  Petitioner<br><br>          v.<br><br>JOE LIZARRAGA,<br><br>                  Respondent. | Case No. EDCV 16-1517-PSG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Case For Lack Of Jurisdiction; And Denying Certificate Of Appealaibility,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: 8/15/16

_____

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE